IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-063T |
| | ) | |
| JONATHAN CECCONI | ) | |

GOVERNMENT'S MOTION TO CONTINUE TRIAL

Now comes the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Stephen G. Dambruch, Assistant U.S. Attorney, and hereby moves for a continuance of the above-captioned case, currently scheduled for jury impanelment on July 19, 2005, to the August 2005 trial calendar. The grounds for the requested relief are as follows:

1. Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Scott Heagney, who is the case agent and essential witness, is on vacation and unavailable until August 1, 2005;

2. Assistant United States Attorney Stephen Dambruch, trial counsel for the government, is scheduled to begin the trial of United States v. Anthony Lipscomb, CR05-011S, before United States District Judge William Smith on August 2, 2005, and expects that trial to last approximately four days;

3. The ends of justice served by granting the government's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial; 18 U.S.C. §

3161(h)(8)(A);

4. The period of delay resulting from the requested continuance should be excluded in computing the time within which the trials in the above-captioned cases must commence; 18 U.S.C. § 3161(h)(8); and,

5. The defendant, through counsel, does not object to the government's motion.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney

**CERTIFICATION OF SERVICE**

I hereby certify that on the 12th day of July, 2005, a copy of the within Government's Motion was sent by facsimile transmission to William T. Murphy, Esquire, One Turks Head Place, Suite 312, Providence, Rhode Island 02903 (fax no. 401-751-5931).