**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

RECEIVED
JUL 1? 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR No. 05-063T** |
| | : | |
| **JONATHAN CECCONI** | : | |

**ORDER**

The government's Motion to Continue came before the Court for its consideration on July 13, 2005. The defendant did not object to the motion. After due consideration thereon, the Court found:

1. that a necessary government witness is unavailable for trial in July 2005;

2. that trial counsel for the government is unavailable for trial during the first week of August 2005; and,

3. that the ends of justice served by the granting of the continuance set forth in this Order outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, it is hereby:

**ORDERED**

1. that the government's Motion to Continue is hereby granted;

2. that the case is continued to the August 2005 trial calendar; and,

3. that the period of delay resulting from this continuance is excludable time under 18 U.S.C. § 3161(h).

**BY ORDER:**

**DEPUTY CLERK**

**ENTER:**

**ERNEST C. TORRES**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

**DATE:** 7/19/05

## CERTIFICATION

I hereby certify that on the 14th day of July, 2005, I sent by facsimile transmission a true copy of the within Order to William T. Murphy, Esquire at 401-751-5931.



FILED