**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR05-63T** **DATE: August 16, 2005**

**TITLE: USA v. Jonathan Cecconi**

**U.S. MAGISTRATE JUDGE DAVID L. MARTIN**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Joseph Fontes**

**IN COURT:**

---

**COUNSEL PRESENT:** Stephen Dambruch, AUSA
William T. Murphy, Esq.

**PROCEEDINGS:**

Jury Selection, Voir Dire and Empanelment:

16 potential jurors in the box.
Voir Dire.
Jury Selection.
12 jurors and 4 alternates empaneled.