UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v.
: C.R. 05-63T
JONATHAN CECCONI
:

CONSENT TO VOIR DIRE/JURY SELECTION
BY A MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(b)(3), the undersigned hereby voluntarily consent to have a Magistrate Judge rather than a District Judge conduct the voir dire and jury selection in this case.

FOR THE GOVERNMENT:

[signature] Date: 8/16/05
Signature of AUSA

STEPHEN G. DAMBRUCH
Printed Name of AUSA

FOR THE DEFENDANT:

[signature] Date: 8/16/05
Signature of Defense Attorney

WILLIAM T MURPHY
Printed Name of Defense Attorney #1301

Defendant must indicate consent by signing below:

[signature] Date: 8/16/05
Signature of Defendant

Jonathan Cecconi
Printed Name of Defendant