**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** CR05-63T **DATE**: August 22, 2005
**TITLE OF CASE:** USA v. Jonathan Cecconi

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Anne Clayton**
**COURT INTERPRETER:** **n/a**
**PROBATION:** **n/a**

---

**COUNSEL PRESENT**

Government: Stephen G. Dambruch, AUSA

Defendant: William T. Murphy, Esq.

---

**PROCEEDINGS:** **Change of Plea**

August 22, 2005: All counsel of record present. Defendant is present. Jury not present. Court Addresses. Government summarizes charge, maximum potential penalty and elements of proof. No plea agreement in this case. Parties do agree to a two-level decrease in offense level for acceptance of responsibility. Defendant sworn. Court questions defendant. Government summarizes facts it would prove at trial. Court finds defendant competent and able to enter an informed plea. Court finds plea voluntary and made of defendant's own free will. Court finds that defendant understands the charge against him, what the government would have to prove in order for him to be found guilty, the maximum potential penalties, his rights under the law and the rights he waives by pleading guilty. Court accepts defendant's plea of guilty and finds him guilty. Sentencing scheduled for Friday, December 9, 2005 at 10:15 a.m. Jury present. Court addresses jury. Jury excused.

Recess