**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **Cr. No. 05-063T** |
| | ) | |
| **JONATHAN CECCONI** | ) | |

**GOVERNMENT'S MOTION TO AMEND INDICTMENT**

Now comes the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Stephen G. Dambruch, Assistant United States Attorney, and hereby moves pursuant to Rule 7 of the Federal Rules of Criminal Procedure to amend the single count of the indictment by striking the portion stating "more than five (5) grams of." The defendant does not object to the proposed amendment.

RESPECTFULLY SUBMITTED,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U. S. Attorney

**GRANTED**

Ernest C. Torres
Chief, US District Judge 8/22/05

## Certificate of Service

I hereby certify that on the 22nd day of August, 2005, a copy of the within Government's Motion was hand delivered to William T. Murphy, Esquire.