**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-63-T |
| | ) | |
| JONATHAN CECCONI. | ) | |

**UNITED STATES'**
**NOTICE OF APPEAL**

The United States of America hereby appeals the sentence imposed by this Court on December 9, 2005, reflected in a judgment that was entered on the docket on December 22, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

Donald C. L

DONALD C. LOCKHART
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of January, 2006, a copy of the foregoing Notice of Appeal was sent via first class mail, postage prepaid to:

William T. Murphy, Esq.
One Turk's Head Place, Suite 312
Providence, RI 02903

Donald C. L