UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

January 25, 2006

Clerk of the Court
United States Court of Appeals
One Courthouse Way, Suite 2235
Boston, MA 02210

RE: *CR05-63T USA v. Jonathan Cecconi*

Dear Clerk:

Enclosed you will find the Record on Appeal and a certified copy of the docket entries for the above entitled matter.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David DiMarzio
Clerk of Court

BY: ___________________
Lucia Cristina Leyva
DEPUTY CLERK

ENCLOSED: Appeal Cover Sheet; Notice of Appeal; Certificate of Clerk; Complete Case File; PSI(sealed); SOR(sealed); Certified Copy of Docket