# United States Court of Appeals
## For the First Circuit

05-63T

---

No. 06-1216

UNITED STATES OF AMERICA,

Appellant,

v.

JONATHAN CECCONI,

Defendant, Appellee.

---

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 26, 2006

The sentence is vacated and the case is remanded for resentencing in light of United States v. Pho, 433 F.3d 53 (1st Cir. 2006). See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: Date: 7/26/06

[certified copies: Judge E. Torres, David DiMazzio, Clerk]
[cc: Donald Lockhart, AUSA, Stephine Browne, AUSA, William Murphy, Esq.]