05-00063
USDCRI
Judge Torres

MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1216

UNITED STATES OF AMERICA,

Appellant,

v.

JONATHAN CECCONI,

Defendant, Appellee.

---

Before

Boudin, Chief Judge,
Selya and Lipez, Circuit Judges.

---

JUDGMENT

Entered: July 26, 2006

The sentence is vacated and the case is remanded for resentencing in light of United States v. Pho, 433 F.3d 53 (1st Cir. 2006). See 1st Cir. R. 27(c).

By the Court:

Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: ______________________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

M. Reed
Deputy Clerk

Date: 8/18/06

[certified copies: Judge E. Torres, David DiMazzio, Clerk]
[cc: Donald Lockhart, AUSA, Stephine Browne, AUSA, William Murphy, Esq.]