# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR05-63T***

JAN [illegible] 2007

Fort Dix

***To:*** ***Warden***
***FCI Fort Dix***
***Fort Dix, NJ 08640***

05613-070

YOU ARE HEREBY COMMANDED, to have the **body** of **Jonathan Cecconi,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock** , on the **16th** day of **February, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 12, 2007.

Re-Sentencing

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

*By* Ernest C Torres
*Ernest C. Torres, Senior District Judge*
1/16/07