UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 05-0063-01T

JONATHAN CECCONI

MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

NOW comes the defendant, Jonathan Cecconi, and moves that this Honorable Court reduce his sentence pursuant to the provisions of 18 U.S.C. § 3582( c )(2) and U.S.S.G. §§ 1B1.10 and 2D1.1. In further support of this motion, the defendant hereby incorporates by reference the attached memorandum of law.

JONATHAN CECCONI,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
mary_mcelroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served by ECF upon Luis Matos, First Assistant United States Attorney and Kristin Mattias, USPO on April 1, 2008

/s/ Mary S. McElroy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs. CR No. 05-0063-01T

JONATHAN CECCONI

MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR SENTENCE REDUCTION
PURSUANT TO 18 U.S.C. § 3582( c )(2)
AND U.S.S.G. §§ 1B1.10, 2D1.1

Mr. Cecconi entered a guilty plea to a one count indictment on August 22, 2005. He was originally sentenced to 27 months incarceration on December 9, 2005. However, on February 16, 2007 he was resentenced to 57 months incarceration after remand from the first circuit. Mr. Cecconi was assigned a total offense level of 24 with a criminal history category II. His guideline range was 57 to 71 months of incarceration. The court ultimately sentenced him to the low end of that range.

On November 1, 2007, the United States Sentencing Commission reduced the guidelines for crack cocaine offenses by two levels. Calculated under the post November 2007 guidelines Mr. Cecconi would have a total offense level of 22. His advisory guideline range would be 46 to 57 months.

Because of the reduction in the guidelines Mr. Cecconi is requesting that this Court grant his motion and reduce his sentence to 46 months incarceration.

JONATHAN CECCONI,
By his attorney,

/s/ Mary S. McElroy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Mary_McElroy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served by ECF upon Luis Matos, First Assistant United States Attorney, and Kristin Mattias, United States Probation Officer on April 1, 2008.

/s/ Mary S. McElroy