AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

for the
District of Rhode Island

United States of America
v.
**Jonathan Cecconi**

Case No: **1:05-00063-01T**
USM No: **05613-070**

Date of Previous Judgment: 2/26/2007

**Mary S. McElroy, Esq.**
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ✔ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ✔ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 57 months **is reduced to 46 months** .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 24
Criminal History Category: II
Previous Guideline Range: 57 to 71 months

Amended Offense Level: 22
Criminal History Category: II
Amended Guideline Range: 46 to 57 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

✔ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated **2/26/2007** shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 5/8/08

Ernest C Torres
Judge's Signature

Effective Date: ______________
(If different from other date)

**Ernest C. Torres, Senior US District Court Judge**
Printed Name and Title